**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
    **Dalerie Lashon Hollis–Lee**
    191 Rosser St.
    Atlanta, GA 30314

    xxx–xx–3807

Case No.: **11–85743–pwb**
Chapter: **7**

**ORDER CLOSING CASE WITHOUT DISCHARGE**

    It appears Debtor has not completed the instructional course concerning personal financial management required for discharge pursuant to 11 U.S.C. § 727(a)(11), as a Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management has not been filed. Accordingly, it is

    **ORDERED** that the above–captioned case is closed without entry of discharge.

    **IT IS FURTHER ORDERED** that the estate is closed, and Trustee is discharged from and relieved of said trust.

DATED: September 18, 2012

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Form 419